Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: sburke@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

Dawson G. Crawford (Cal. Bar No.: 178373)
**LAW OFFICES OF DAWSON G. CRAWFORD**
237 Almendra Avenue
Los Gatos, California 95030
Telephone: (408) 395-9898
Facsimile: (408) 395-4335
E-Mail: dcrawfordlaw@aol.com

Attorney for Defendant Robert Haag

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION     *E-FILED - 6/16/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. CV-04-03608 RMW |
| Plaintiff, | Hon. Ronald M. Whyte |
| vs. | **STIPULATION TO REQUEST AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER THEREON** |
| ROBERT HAAG, et al., | |
| Defendants. | |

Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant ROBERT HAAG ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 26, 2004, DIRECTV filed a Complaint against Defendant in the above-captioned action;

WHEREAS, on February 14, 2005, Defendant answered the Complaint by denying the allegations in the Complaint;

///

1   WHEREAS, on May 10, 2005, DIRECTV and Defendant agreed to settle the claims
2   alleged in the Complaint and counsel for DIRECTV promptly thereafter sent a proposed
3   Settlement Agreement and Release to Defendant's counsel for review and comment;
4   WHEREAS, on June 7, 2005, DIRECTV and Defendant agreed to the final terms of the
5   settlement, pursuant to which a revised Settlement Agreement and Release were promptly
6   provided to Defendant;
7   WHEREAS, as of the date this Stipulation is filed, Defendant has not yet executed the
8   Settlement Agreement or provided the settlement consideration;
9   WHEREAS, on May 12, 2005, DIRECTV file a Notice of Settlement following which, on
10  June 6, 2005, this Court vacated the Case Management Conference scheduled for June 10, 2005;
11  WHEREAS, on May 12, 2005, the clerk of this Court informed DIRECTV's counsel that
12  the parties would be required to submit dispositional documents on or before thirty (30) days
13  from that date; and
14  WHEREAS, the parties expect the final settlement agreement to be fully executed within
15  the next two weeks and that a request for dismissal of this action pursuant to the terms of the
16  Settlement Agreement will be filed by DIRECTV by July 15, 2005;
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

BNFY 568923v1                                    2                              (CV-04-03608 RMW)
**STIPULATION TO REQUEST AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS;
ORDER THEREON**

1      NOW, THEREFORE, in consideration of the foregoing facts, the parties stipulate as

2 follows:

3     1.    That the time to file dispositional documents may be extended to July 15, 2005;

4 and

5     2.    That the parties may file appropriate pleadings to dismiss this action against

6 Defendant pursuant to the terms of the settlement agreement no later than July 15, 2005.

7     IT IS SO STIPULATED.

8 DATED: June 13, 2005                BUCHALTER, NEMER, FIELDS & YOUNGER
9                                                          A Professional Corporation

10

11                                                            By:    /s/ Suzanne M. Burke
12                                                                     Suzanne M. Burke
                                                            Attorneys for Plaintiff DIRECTV, INC.

13

14 DATED: June 13, 2005                LAW OFFICES OF DAWSON G. CRAWFORD

15

16                                                            By:    /s/ Dawson G. Crawford
17                                                                   Dawson G. Crawford
                                                            Attorney for Defendant ROBERT HAAG

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having read the foregoing Stipulation and Request, and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1. That the time to file dispositional documents shall be extended to July 15, 2005; and

2. That the parties may file appropriate pleadings to dismiss this action against Defendant pursuant to the terms of the settlement agreement no later than July 15, 2005.

DATED: 6/16/05

/S/ RONALD M. WHYTE
_____
Honorable Ronald M. Whyte
United States District Court
Northern District of California

BNFY 568923v1 (CV-04-03608 RMW)

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.