Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sburke@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**   *E-FILED - 7/7/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-04-03608 RMW |
| Plaintiff, | Hon. Ronald M. Whyte |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT ROBERT HAAG; ORDER THEREON** |
| ROBERT HAAG, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant ROBERT HAAG ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

/ / /

/ / /

/ / /

/ / /

Defendant answered the Complaint on or about February 14, 2005. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

DATED: June 28, 2005                    Respectfully Submitted,

                                                BUCHALTER, NEMER, FIELDS & YOUNGER
                                                A Professional Corporation

By:   /s/ Suzanne M. Burke
           Suzanne M. Burke
      Attorneys for Plaintiff DIRECTV, Inc.

## **ORDER**

Having read the foregoing Request for Voluntary Dismissal of Defendant ROBERT HAAG filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

    1.     This action is hereby dismissed with prejudice as against Defendant ROBERT HAAG;

    2.     Each party shall bear its/his own attorney's fees and costs incurred in this action to date.

DATED:  7/7/05

                                                /S/ RONALD M. WHYTE
                                                Honorable Ronald M. Whyte
                                                United States District Court
                                                Northern District of California

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.